

# Fourth Court of Appeals
## San Antonio, Texas

Tuesday, March 10, 2015

No. 04-14-00649-CR

Alex Rene **GONZALES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR7573
Honorable Maria Teresa Herr, Judge Presiding

## O R D E R

Appellant's brief was due February 16, 2015, but was not filed. This court notified appellant's counsel, William L. Baskette Jr., of the deficiency by letter dated February 19, 2015. *See* TEX. R. APP. P. 38.8(b)(2). The letter required appellant to respond *in writing* within ten days, explaining why the brief has not been filed and demonstrating that counsel has taken affirmative steps to prepare and file the brief. The letter further advised counsel that if an adequate response was not timely filed, the court would abate the appeal for an abandonment hearing in the trial court. We have received no response.

Accordingly, pursuant to Rule 38.8(b)(2) of the Texas Rules of Appellate Procedure, we order this appeal **ABATED** and **REMANDED** to the trial court. We **ORDER** the trial court to conduct a hearing **within twenty days of the date of this order** to determine: (1) whether appellant desires to prosecute his appeal; and (2) whether counsel has abandoned the appeal. Because appellant is indigent, the trial court must take steps to ensure effective assistance of counsel, including the appointment of new counsel if necessary.

The trial court may, in its discretion, receive evidence on the first issue by sworn affidavit from the appellant. The trial court shall, however, order appellant's counsel to be present at the hearing.

We further **ORDER** the trial court to make written findings and conclusions on these issues. We **ORDER** the court reporter and the district clerk to file in this court on or before **April 9, 2015**, (1) a reporter's record of the hearing, and (2) a supplemental clerk's record

containing the court's written findings of fact, conclusions of law, and recommendations addressing the above issues. *See* TEX. R. APP. P. 38.8(b)(3).

We **order** the clerk of this court, in addition to the regular mode of service, to serve this order on appellant's counsel by first class United States mail and by certified mail, return receipt requested, with delivery restricted to addressee only, or give other personal notice of this order with proof of delivery. We further **order** the clerk to serve copies of this order on the trial court, counsel for the State, the district clerk, and the court reporter.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of March, 2015.

_____
Keith E. Hottle
Clerk of Court